**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 19-7132**

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

     v.

FRANKLIN MACKENSIE ROBINSON,

          Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. R. Bryan Harwell, Chief District Judge.  (4:10-cr-00599-RBH-1)

Submitted:  November 21, 2019          Decided:  November 26, 2019

Before KEENAN and DIAZ, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Franklin Mackensie Robinson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Franklin Mackensie Robinson appeals the district court's text order denying his motion for judicial review under the Administrative Procedure Act. We have reviewed the record and find no reversible error. The Administrative Procedure Act does not apply to Robinson's criminal proceedings, and the district court did not err in denying this frivolous motion. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*